# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of May, two thousand twelve,

| | |
|---|---|
| Lee Dodge, Incorporated, DBA Brooklyn Auto Group, Robert A. Lee, Jr., individually, | **ORDER** <br> Docket Number: 11-5233 |

Plaintiffs - Appellants,

v.

Chrysler Group LLC, Giuffre Chrysler Jeep Dodge LLC,

Defendants - Appellees,

John Does 1 through 20,

Defendant.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

